M. P. No. 76-335. HENRY ZOOLOOMIAN *v.* SCHOOL COMMITTEE OF THE TOWN OF BRISTOL. Petition for writ of certiorari granted and the petition shall issue forthwith. *Barry N. Capalbo,* for plaintiff-respondent. *Anthony R. Berretto,* for defendant-petitioner.

M. P. No. 76-345. ALBERT DIORIO *et al. v.* DORIS M. DIORIO. Motion of petitioners for a stay of the Family Court order awarding custody to the respondent is denied. *William J. Mc-Gair,* for petitioners. *Harry J. Hoopis,* for respondent.

M. P. No. 76-357. GERALD P. GAGNE *v.* BRADFORD SOUTH-WORTH, *Director of the Department of Corrections.* Petition for writ of habeas corpus denied without prejudice. *James L. O'Neill,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 75-322. STATE *v.* ROBERT CLINE. Motion of defendant to remand indictments 74-656 and 74-657 for the purpose of a hearing in Superior Court granted. Upon completion of the hearing the indictments shall be returned immediately to this court. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *John A. Mac Fadyen III, Barbara Hurst,* Asst. Public Defenders, for defendant.

C. A. No. 76-274. STATE *v.* CHARLES FENNER. Motion of defendant to transmit the record out of time granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

APPEAL No. 73-322. BERNARD MCCAUGHEY *v.* GEIGY CHEMICAL CORPORATION. Motion of petitioner for counsel fee denied without prejudice. *Vincent F. Kane,* for petitioner. *Bernard W. Boyer,* for respondent.